# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-1971

_____

Isabel Torres

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: December 26, 2014
Filed: December 30, 2014
[Unpublished]

_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Isabel Torres appeals the district court's[1] order affirming the denial of disability insurance benefits and supplemental security income. For reversal, Torres argues that the Administrative Law Judge (ALJ) (1) failed to develop the record regarding her residual functional capacity, and (2) erred in making his credibility findings. Following careful review of the parties' submissions and the record before us, we conclude that the ALJ's determination is supported by substantial evidence on the record as a whole, and that Torres's arguments do not support reversal. Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.

———————————————————

[1]The Honorable P. K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas.